No. 10-6979. D. J. G., III, Petitioner v. Washington County Children and Youth Services.

562 U.S. 1072, 131 S. Ct. 668, 178 L. Ed. 2d 498, 2010 U.S. LEXIS 9120.

November 29, 2010. Petition for writ of certiorari to the Supreme Court of Pennsylvania, Western District, denied.

Same case below, 606 Pa. 677, 996 A.2d 1068.

No. 10-6990. Jose Enrique Resendiz, Petitioner v. California.

562 U.S. 1072, 131 S. Ct. 668, 178 L. Ed. 2d 498, 2010 U.S. LEXIS 9203.

November 29, 2010. Petition for writ of certiorari to the Court of Appeal of California, Sixth Appellate District, denied.

No. 10-6992. Carl H. Tice, Petitioner v. Ray Hobbs, Director, Arkansas Department of Correction.

562 U.S. 1073, 131 S. Ct. 668, 178 L. Ed. 2d 498, 2010 U.S. LEXIS 9349.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eighth Circuit denied.

No. 10-7006. James Lamont Miller, Petitioner v. Willie O. Smith, Warden.

562 U.S. 1073, 131 S. Ct. 669, 178 L. Ed. 2d 498, 2010 U.S. LEXIS 9079.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Sixth Circuit denied.

Same case below, 381 Fed. Appx. 508.

No. 10-7025. Nathaniel Jackson, Petitioner v. Randall Workman, Warden, et al.

562 U.S. 1073, 131 S. Ct. 669, 178 L. Ed. 2d 498, 2010 U.S. LEXIS 9149.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 391 Fed. Appx. 724.

No. 10-7036. James Franklin Pipes, Petitioner v. David Ballard, Warden.

562 U.S. 1073, 131 S. Ct. 669, 178 L. Ed. 2d 498, 2010 U.S. LEXIS 9202,

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 376 Fed. Appx. 315.

No. 10-7047. David C. Montoya, Petitioner v. Steve Hartley, Warden, et al.

562 U.S. 1073, 131 S. Ct. 669, 178 L. Ed. 2d 498, 2010 U.S. LEXIS 9123.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Tenth Circuit denied.

Same case below, 389 Fed. Appx. 817.

No. 10-7050. Miguel Angel Ramirez-Rodriguez, Petitioner v. United States.

562 U.S. 1073, 131 S. Ct. 669, 178 L. Ed. 2d 498, 2010 U.S. LEXIS 9273.

November 29, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.